UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 3 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ISILELI LATU,<br><br>Defendant - Appellant. | No. 05-10248<br>D.C. No. CR-02-00542-HG<br><br><br>**JUDGMENT** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ISILELI LATU,<br><br>Defendant - Appellant. | No. 05-10257<br>D.C. No. CR-02-00174-2-HG<br><br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **05-10248 is AFFIRMED No. 05-10257 is DISMISSED.**

Filed and entered 11/30/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN 16 2007

by: [signature]
Deputy Clerk